IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

MAR 2 1 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 18-30049-SMY |
| vs. ) | |
| TERRANCE J. STIDIMIRE, ) | Title 18 United States Code |
| ) | Sections 922(g)(1) and 924(d) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Felon in Possession of a Firearm)**

On or about January 19, 2018, in St. Clair County, within the Southern District of Illinois,

**TERRANCE J. STIDIMIRE,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Armed Robbery, in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, on August 28, 2009, in Case No. 08-CF-1059, did knowingly possess, in or affecting commerce, a firearm, to wit: a 9 mm Hi-Point, Model C9, bearing serial number P1657162 with an extended magazine, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this indictment,

**TERRANCE J. STIDIMIRE,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and any and all ammunition contained within the firearms or seized with the firearms and involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1), including, but not limited to, the following:

a 9 mm Hi-Point, Model C9, bearing serial number P1657162 with an extended magazine, and any and all ammunition contained within the pistol or seized with the pistol.



FOREPERSON

ALI SUMMERS
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: DETENTION

2