IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-CR-30049-SMY |
| ) | |
| TERRANCE J. STIDIMIRE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the Defendant:

1. On January 19, 2018, East St. Louis, Illinois, police officers were called to North 33rd Street for a disturbance between large groups of people. Upon arrival, one of the police officers witnessed a large group of people in a verbal altercation. The officer also observed a black male subject, later identified as Defendant Stidimire, near the crowd. The police officer ordered Defendant Stidimire to stop after the officer saw the handle of a firearm protruding from Defendant Stidimire's pants pocket. Defendant Stidimire then went into a nearby house, through the front door and locking the door behind him. The police officer looked through a picture window and saw Defendant Stidimire remove the firearm and run to a bed room. The homeowner let police in and gave written consent to search. The firearm listed in the indictment was recovered from under a bed.

Defendant Stidimire was arrested inside the residence. Upon his arrest, Defendant Stidimire admitted to possession of the firearm.

2. The aforementioned firearm was manufactured outside of the state of Illinois, and therefore traveled in and affected interstate commerce to reach the State of Illinois.

3. All of these events occurred in the Southern District of Illinois.

4. Prior to January 19, 2018, Defendant Stidimire was convicted of a crime punishable by a term of imprisonment of more than one year. Specifically, Defendant Stidimire was convicted of Armed Robbery, in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, on August 28, 2009, in Case No. 08-CF-1059.

5. Defendant agrees to forfeit the 9 mm Hi-Point, Model C9, bearing serial number P1657162 with an extended magazine, along with any and all ammunition contained in this firearm or seized with this firearm.

6. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept Defendant's guilty plea and is not necessarily an exhaustive account of the Defendant's criminal activity.

_____
TERRANCE J. STIDIMIRE
Defendant

_____
TALMAGE E. NEWTON IV
Attorney for Defendant

Date: 01-22-2019

STEVEN D. WEINHOEFT
United States Attorney

_____
DANIEL T. KAPSAK
Assistant United States Attorney

Date: 1/22/19

2